

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Christine Ruth Slanker and Ted Eugene Slanker, Jr., and In the Interest of T.L.S., a Child

No. 06-13-00049-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 77863). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the Appellant, Ted Eugene Slanker, Jr., to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that costs on appeal are divided equally between the parties.

RENDERED SEPTEMBER 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk